1 | STACEY A. CAMPBELL, Bar No. 38378
Admitted *Pro Hac Vice*
2 | LITTLER MENDELSON
A Professional Corporation
3 | 1200 17th Street
Suite 1000
4 | Denver, CO  80202.5835
Telephone:    303.629.6200

ANGELA J. RAFOTH, Bar No. 241966
6 | LITTLER MENDELSON
A Professional Corporation
7 | 650 California Street, 20th Floor
San Francisco, CA  94108.2693
8 | Telephone:    415.433.1940
Fax :              415.399.8490

Attorneys for Defendants
10 | ARCADIS US, INC. AND LARRY ROTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PYKE, an individual, | Case No. C11-01279 CRB |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT JULY 8, 2011, INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER GRANTING REQUEST** |
| v. | |
| ARCADIS, US INC., a Colorado corporation, LARRY ROTH, an individual, and DOES ONE through FIFTY, inclusive, | Date:         July 8, 2011<br>Time:         8:30 a.m.<br>Courtroom: 6, 17th Floor<br>Judge:        Hon. Charles R. Breyer |
| Defendants. | |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Case No. C11-01279 CRB

REQ. FOR TELEPHONE APPEARANCE AT JULY 8, 2011, INITIAL CASE MANAGEMENT CONFERENCE

**REQUEST FOR TELEPHONIC APPEARANCE
AT JULY 8, 2011, CASE MANAGEMENT CONFERENCE**

Defendants ARCADIS US, INC. and LARRY ROTH hereby request the Court's permission for STACEY A. CAMPBELL, lead defense counsel who is admitted *Pro Hac Vice* for this case to appear telephonically at the July 8, 2011, Initial Case Management Conference.  Mr. Campbell is a shareholder at Littler Mendelson and his office is located in Denver, Colorado.  On July 8, 2011, Mr. Campbell will be on a previously scheduled family vacation in Atchison, Kansas and, in addition to the interference with his family vacation, personal appearance at the Case Management Conference would also pose an unreasonable cost to Defendants.  Defendants would greatly appreciate the Court's permission for Mr. Campbell to attend telephonically on this occasion.  In addition to or lieu of Mr. Campbell's attendance by telephone, Defendants' local counsel, Angela Rafoth, could appear in person at the July 8, 2011 conference.

If the Court grants this request, Mr. Campbell will be available by dedicated landline number (913) 367-7387 and will await the Court's call.

Dated: June 16, 2011

/s/ Stacey A. Campbell
STACEY A. CAMPBELL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
ARCADIS US, INC. AND LARRY ROTH

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Case No.  C11-01279 CRB

REQ. FOR TELEPHONE APPEARANCE AT JULY 8, 2011, INITIAL CASE MANAGEMENT CONFERENCE

# [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT JULY 8, 2011, INITIAL CASE MANAGEMENT CONFERENCE

Defendants ARCADIS US, INC. and LARRY ROTH have requested the Court's permission for STACEY A. CAMPBELL, lead defense counsel, admitted *Pro Hac Vice* for this case, to appear telephonically at the July 8, 2011, Initial Case Management Conference. Mr. Campbell is a shareholder at Littler Mendelson with his primary office in Denver, Colorado. If the Court grants this request, Mr. Campbell is available at landline number (913) 367-7387 and will await the Court's call.

IT IS HEREBY ORDERED that, after full consideration of this request, Defendants' request to appear telephonically at the July 8, 2011, Initial Case Management Conference is GRANTED.

The Court hereby orders that Mr. Campbell make himself available by dedicated landline at (913) 367-7387 to await the Court's call on July 8, 2011, at 8:30 a.m. Pacific Standard Time.

IT IS SO ORDERED.

Dated: _____    June 20, 2011

_____
DISTRICT JUDGE CHARLES R. BREYER
U.S. DISTRICT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

Firmwide:102216727.1 066856.1003

Case No. C11-01279 CRB

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING REQ. FOR TELEPHONE APPEARANCE AT JULY 8, 2011, INITIAL CMC