**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PYKE, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>ARCADIS, US INC. a Colorado corporation, LARRY ROTH, an individual, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 11- 01279-CRB<br><br>**STIPULATION AND PROPOSED ORDER REGARDING DATE FOR HEARING RE MOTION FOR SUMMARY JUDGMENT** |

Plaintiff's counsel requested Administrative Relief pursuant to Local Rule 7-11 to continue the hearing on Defendants' Motion for Summary Judgment, which the Court had reset to June 22, 2012.

Plaintiff's counsel and Defendants' counsel have agreed to a new hearing date of July 13, 2012 for Defendants' Motion for Summary Judgment.

Dated: June 5, 2012

       STEPHEN F. HENRY, ESQ.

       By: /s/Stephen F. Henry_____
       STEPHEN F. HENRY
       Attorney for Plaintiff

Dated: June 5, 2012

       LITTLER MENDELSON P.C.

       By:/s/Stacey A. Campbell_____
       STACEY A. CAMPBELL
       Attorneys for Defendants
       ARCADIS US, INC. and LARRY ROTH

**ORDER**

The hearing date for Defendants' Motion for Summary Judgment is continued to July 13, 2012.

IT IS SO ORDERED.

Dated: _ June 5, 2012 _____



_____
U.S. District Court Judge
IT IS SO ORDERED
Judge Charles R. Breyer