| | |
|---|---|
| 1 | STACEY A. CAMPBELL, Bar No. 38378 |
| | Admitted *Pro Hac Vice* |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 1900 Sixteenth Street, Suite 800 |
| | Denver, CO 80202 |
| 4 | Telephone: 303.629.6200 |
| | Facsimile: 303.629.0200 |
| 5 | |
| 6 | ANGELA J. RAFOTH, Bar No. 241966 |
| | LITTLER MENDELSON |
| 7 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 8 | San Francisco, CA 94108.2693 |
| | Telephone: 415.433.1940 |
| 9 | Fax : 415.399.8490 |

Attorneys for Defendants
ARCADIS US, INC. AND LARRY ROTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ROBERT PYKE, | Case No. C11-01279 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ARCADIS, US INC., a Colorado corporation, LARRY ROTH, an individual, and DOES ONE through FIFTY, inclusive, | Judge: Hon. Charles R. Breyer |
| Defendants. | |

LITTLER MENDELSON, P.C.
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC

NO. C11-01279 CRB

## RECITALS

Plaintiff ROBERT PYKE ("Plaintiff") and Defendants ARCADIS US, INC. and LARRY ROTH (collectively, "Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on July 18, 2012, the Court entered an order granting in part and denying in part Defendants' Motion for Summary Judgment, limiting the claims and issues remaining in the case;

WHEREAS, on August 8, 2012, the clerk of the Court issued a notice setting a Case Management Conference for August 31, 2012;

WHEREAS, Defendants' counsel is unavailable for the Case Management Conference on August 31, 2012, due to previously scheduled vacation plans out of state.

ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their respective counsel, to the following requests to the Court:

## STIPULATION

1. That the Court continue the Case Management Conference, scheduled on August 31, 2012 at 8:30 a.m. in Courtroom 6 to September 7, 2012, or a date thereafter at the convenience of the Court;

Dated: August 17, 2012

*/s/ Stephen F. Henry*
STEPHEN F. HENRY
Attorney for Plaintiff
ROBERT PYKE

Dated: August 17, 2012

*/s/ Angela J. Rafoth*
ANGELA J. RAFOTH
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendants
ARCADIS US, INC. AND LARRY ROTH

LITTLER MENDELSON, P.C.
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC

NO. C11-01279 CRB

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that the Case Management Conference in this matter, set for August 31, 2012, is continued to September 7, 2012, at 8:30 a.m. in Courtroom 6.

**IT IS SO ORDERED.**

Dated: August 20, 2012



HON. CHARLES R. BREYER
UNITED STATES

Firmwide:113864776.1 066856.1003

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC   2.   NO. C11-01279 CRB

LITTLER MENDELSON, P.C.
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200