1  STACEY A. CAMPBELL, Bar No. 38378
   Admitted *Pro Hac Vice*
2  LITTLER MENDELSON
   A Professional Corporation
3  1900 Sixteenth Street, Suite 800
   Denver, CO  80202
4  Telephone:   303.629.6200
   Facsimile:    303.629.0200
5
   ANGELA J. RAFOTH, Bar No. 241966
6  LITTLER MENDELSON
   A Professional Corporation
7  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
8  Telephone:   415.433.1940
   Fax :           415.399.8490
9
   Attorneys for Defendants
10 ARCADIS US, INC. AND LARRY ROTH

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14 ROBERT PYKE,                          Case No.  C11-01279 CRB

15              Plaintiff,               **STIPULATION AND [PROPOSED]
                                         ORDER CONTINUING CASE**
16      v.                               **MANAGEMENT CONFERENCE**

17 ARCADIS, US INC., a Colorado          Judge:       Hon. Charles R. Breyer
   corporation, LARRY ROTH, an individual,
18 and DOES ONE through FIFTY, inclusive,

19              Defendants.

20

21

22

23

24

25

26

27

28

STIPULATION  AND  [PROPOSED]  ORDER
CONTINUING CMC                                          NO. C11-01279 CRB

**RECITALS**

Plaintiff ROBERT PYKE ("Plaintiff") and Defendants ARCADIS US, INC. and LARRY ROTH (collectively, "Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on July 18, 2012, the Court entered an order granting in part and denying in part Defendants' Motion for Summary Judgment, limiting the claims and issues remaining in the case;

WHEREAS, on August 8, 2012, the clerk of the Court issued a notice setting a Case Management Conference for August 31, 2012;

WHEREAS, Defendants' counsel is unavailable for the Case Management Conference on August 31, 2012, due to previously scheduled vacation plans out of state.

ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants through their respective counsel, to the following requests to the Court:

**STIPULATION**

1.      That the Court continue the Case Management Conference, scheduled on August 31, 2012 at 8:30 a.m. in Courtroom 6 to September 7, 2012, or a date thereafter at the convenience of the Court;


Dated:  August 17, 2012

/s/ Stephen F. Henry
STEPHEN F. HENRY
Attorney for Plaintiff
ROBERT PYKE


Dated:  August 17, 2012

/s/ Angela J. Rafoth
ANGELA J. RAFOTH
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendants
ARCADIS US, INC. AND LARRY ROTH

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC

NO. C11-01279 CRB

1

**[PROPOSED] ORDER**

2

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that

3

the Case Management Conference in this matter, set for August 31, 2012, is continued to September

4

7, 2012, at 8:30 a.m. in Courtroom 6.

5

**IT IS SO ORDERED.**

6

7

Dated:  _August 20, 2012_____

8

9

HON. CHARLES R. BREYER
UNITED STATES

10

11

Firmwide:113864776.1 066856.1003



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200