| | |
|---|---|
| 1 | STACEY A. CAMPBELL, Bar No. 38378 |
| | Admitted *Pro Hac Vice* |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 1900 Sixteenth Street, Suite 800 |
| | Denver, CO 80202 |
| 4 | Telephone: 303.629.6200 |
| | Facsimile: 303.629.0200 |
| 5 | |
| | ANGELA J. RAFOTH, Bar No. 241966 |
| 6 | LITTLER MENDELSON |
| | A Professional Corporation |
| 7 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 8 | Telephone: 415.433.1940 |
| | Fax : 415.399.8490 |
| 9 | |
| | Attorneys for Defendants |
| 10 | ARCADIS US, INC. AND LARRY ROTH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT PYKE, | Case No. C11-01279 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CANCELING SETTLEMENT CONFERENCE AND REFERRING CASE FOR FURTHER PROCEEDINGS** |
| v. | |
| ARCADIS, US INC., a Colorado corporation, LARRY ROTH, an individual, and DOES ONE through FIFTY, inclusive, | Judge: Hon. Charles R. Breyer |
| Defendants. | (Referred for Settlement Conference to Hon. Maria Elena James) |

LITTLER MENDELSON, P.C.
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200

STIPULATION AND ORDER CANCELING SETTLEMENT CONFERENCE

NO. C11-01279 CRB

# RECITALS

Plaintiff ROBERT PYKE ("Plaintiff") and Defendants ARCADIS US, INC. and LARRY ROTH ("Defendants") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 7, 2012, the Court held a Case Management Conference ("CMC") in this matter in which the Court and the parties agreed to submit the matter to a magistrate for a potential Settlement Conference;

WHEREAS, the Court set a further CMC for November 9, 2012, to discuss further proceedings if no settlement is reached;

WHEREAS, on September 20, 2012, the Court referred this matter to Magistrate Judge Maria Elena James for a Settlement Conference, and on September 21, 2012, Magistrate Judge James issued an order setting the anticipated Settlement Conference for November 9, 2012, the same date as the further CMC set by the Court;

WHEREAS, on October 17, 2012, Magistrate Judge James issued an order re-setting the Settlement Conference for November 5, 2012;

WHEREAS, the parties, through counsel, have engaged in informal communications to gauge the respective settlement positions and the likelihood of the success of the Settlement Conference in light of the expense in time and resources necessary to meaningfully prepare for and attend the Settlement Conference;

WHEREAS, the parties have concluded that this case is unlikely to settle at this juncture and that it would not be efficient or effective for the parties, counsel, or the Court to conduct a Settlement Conference at this time.

ACCORDINGLY, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their respective counsel, and the parties submit the following requests to the Court:

# STIPULATION

1. That the Court cancel the Settlement Conference set for November 5, 2012, and take it off calendar in this matter;

LITTLER MENDELSON, P.C.
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200

STIPULATION AND ORDER CANCELING SETTLEMENT CONFERENCE — 1. — NO. C11-01279 CRB

2. That the matter be referred back to Judge Breyer for further proceedings consistent with moving this matter towards trial.

Dated: October 22, 2012

                                                          STEPHEN F. HENRY
Attorney for Plaintiff
ROBERT PYKE

Dated: October 22, 2012

/s/ Angela J. Rafoth
ANGELA J. RAFOTH
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendants
ARCADIS US, INC. AND LARRY ROTH

LITTLER MENDELSON, P.C.
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200

STIPULATION AND ORDER CANCELING SETTLEMENT CONFERENCE   2.   NO. C11-01279 CRB

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that the Settlement Conference set for November 5, 2012, is hereby cancelled and taken off calendar. This matter is hereby referred back to Judge Breyer for further proceedings.

**IT IS SO ORDERED.**

Dated: October 30, 2012

HON.
SENIOR
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Firmwide:115416887.1 066856.1003

LITTLER MENDELSON, P.C.
1900 Sixteenth Street
Suite 800
Denver, CO 80202
303.629.6200

STIPULATION AND ORDER CANCELING SETTLEMENT CONFERENCE   3.   NO. C11-01279 CRB