**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT PYKE,

    Plaintiff,                       No. C 11-1279 CRB

    v.                               **JUDGMENT**

ARCADIS, US INC., et al.,

    Defendant.
_____/

    For the reasons stated in its Order docketed this same day, the Court ENTERS Judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: March 31, 2014

                                             CHARLES R. BREYER
                                             UNITED STATES DISTRICT JUDGE